Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
AKBAR McCLENNON,

          Petitioner,

v.

SUPERINTENDENT OF GREEN HAVEN
CORRECTIONAL FACILITY,

          Respondent.
-----------------------------------------------------------x

**ORDER**

22 CV 4302 (VB)

      On February 14, 2024, Magistrate Judge Judith C. McCarthy issued a Report and Recommendation ("R&R") (Doc. #26) recommending that pro se petitioner Akbar McClennon's petition for writ of habeas corpus be denied. The deadline for petitioner to file objections to the R&R was March 4, 2024.

      To date, petitioner has not objected to the R&R.

      **In consideration of petitioner's pro se status, the Court sua sponte extends petitioner's deadline to object to the R&R to April 26, 2024. Responses to objections, if any, are due May 10, 2024.** No further extensions will be granted absent compelling circumstances.

      Chambers will mail a copy of this Order to petitioner at the address on the docket.

Dated: March 26, 2022
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge