**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
AKBAR McCLENNON,

                Petitioner,                22 **CIVIL** 4302 (VB)

    -against-                      **JUDGMENT**

SUPERINTENDENT OF GREEN HAVEN
CORRECTIONAL FACILITY,

                Respondent.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 03, 2024, The Court adopts the R&R in its entirety as the opinion of the Court. The Petition is DENIED. As petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253(c)(2); Love v. McCray, 413 F.3d 192, 195 (2d Cir. 2005). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**Dated:**  New York, New York

      May 03, 2024

                                                  **RUBY J. KRAJICK**
                                                    Clerk of Court
                             **BY:**
                                                    **Deputy Clerk**